# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-16-00147 |
| CHERYL A. MORENA | Chapter 13 |
| Debtor | John J. Thomas, B.J. |
| SANTANDER CONSUMER USA INC. D/B/A CHRYSLER CAPTITAL | |
| Movant | |
| v. | |
| CHERYL A. MORENA | |
| Respondent | |

## DEBTOR'S CONCURRENCE REGARDING MOTION FOR RELIEF OF SANTANDER CONSUMER U.S.A.

AND NOW, comes the Debtor herein by and through her attorney, Brian E. Manning Esquire, and files the following Concurrence in the Motion for Relief:

1. The Debtor concurs in, and does not oppose, the Motion for Relief filed by Santander Consumer U.S.A., with respect to the 2018 Jeep Cherokee described more particularly in the Motion.

    Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net
Attorney for the Debtor

Dated: August 14, 2018