In re:                                                    Case No. 16-00147-JJT
Cheryl A. Morena                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CKovach        Page 1 of 1         Date Rcvd: Oct 05, 2018
              Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4741749           E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2018 19:05:43      Greentree Servicing, LLC,
       PO Box 6154,  Rapid City, SD  57709-6154
                                                                            TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
      Brian E Manning   on behalf of Debtor 1 Cheryl A. Morena BrianEManning@comcast.net,
     G17590@notify.cincompass.com
      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      Joshua I Goldman   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
      Thomas I Puleo   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
      William E. Craig   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
     mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                              TOTAL: 6

# United States Bankruptcy Court

## Middle District of Pennsylvania
## Case No. 5:16-bk-00147-JJT
## Chapter 13

In re: Debtor(s) (including Name and Address)

Cheryl A. Morena
128 Route 2001
Box 1255
Milford PA 18337-6560

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/05/2018.

**Name and Address of Alleged Transferor(s):**

Claim No. 4: Greentree Servicing, LLC, PO Box 6154, Rapid City, SD 57709-6154

**Name and Address of Transferee:**

LSF10 Master Participation Trust c/o Caliber Home
13801 Wireless Way
Oklahoma City, OK 73134
LSF10 Master Participation Trust c/o Cal
13801 Wireless Way
Oklahoma City, OK 73134

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/07/18

Terrence S. Miller
**CLERK OF THE COURT**