```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-00147-JJT
Cheryl A. Morena                                                    Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach              Page 1 of 2                  Date Rcvd: Dec 13, 2018
                              Form ID: ordsmiss          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             Cheryl A. Morena,    128 Route 2001,    Box 1255,    Milford, PA 18337-6560
cr            +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
4787141       +Emerg Care Serv of Pa,P.C.,    6681 Country Club Drive,    Golden Valley, MN 55427-4601
5116545       +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
5116546       +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                Oklahoma City, OK 73134,    LSF10 Master Participation Trust c/o Cal,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
4741746        Law Office of Brian E Manning,    512 S Blakely St,    Dunmore, PA 18512-2237
4741745        Morena Cheryl A,    128 Route 2001,    Box 1255,    Milford, PA 18337-6560
4741751        Phelan Hallinan, LLC,    126 Locust St,    Harrisburg, PA 17101-1414
4741752        Weinstein, Pinson & Reily , PS,    2001 Western Ave Ste 400,    Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: DRIV.COM Dec 14 2018 00:23:00      Santander Consumer USA Inc.,    P.O. Box 961245,
                Fort Worth, TX 76161-0244
cr            +EDI: CHRM.COM Dec 14 2018 00:34:00      Santander Consumer USA Inc., d/b/a Chrysler Capita,
                P.O. Box 961275,    Fort Worth, TX 76161-0275
4744319       +EDI: CHRM.COM Dec 14 2018 00:34:00      Chrysler Capital,    PO Box 961275,
                Fort Worth, TX 76161-0275
4741747        EDI: CHRYSLER.COM Dec 14 2018 00:31:00      Chrysler Financial Payment Center,    P.O. Box 1728,
                Newark, NJ 07101-1728
4741748        EDI: GMACFS.COM Dec 14 2018 00:29:00      GMAC Mortgage,    P.O. Box 9001719,
                Louisville, KY 40290-1719
4741749        E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2018 19:19:32      Greentree Servicing, LLC,
                PO Box 6154,   Rapid City, SD 57709-6154
4746772       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 19:19:38
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
4741750        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 19:19:38
                Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor 1 Cheryl A. Morena BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cheryl A. Morena,            Chapter     13

    **Debtor 1**

           Case No.     5:16–bk–00147–JJT

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: December 13, 2018          By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CKovach, Deputy Clerk

ordsmiss (05/18)